```
Douglas W. Carr, WSBA #17378
Assistant Attorney General
Criminal Justice Division
P.O. Box 40116
Olympia, WA 98504-0116
(360) 586-1445
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBY MASSE,<br><br>            Plaintiff,<br><br>v.<br><br>JACOBSON, et al.,<br><br>            Defendants. | NO. CV-07-5040-FVS<br><br>STIPULATED ORDER OF DISMISSAL |

Pursuant to the stipulated motion for order of dismissal filed by the Parties, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party.

DATED this  29th day of  August        , 2007.

                          s/ Fred Van Sickle
                       HONORABLE FRED VAN SICKLE

Presented by:

_____      8/29/07
DOUGLAS W. CARR, WSBA #17378   DATE
Assistant Attorney General
Attorney for Defendants

_____      8/22/07
TOBY MASSE                       DATE
Plaintiff, Pro Se

STIPULATED ORDER OF DISMISSAL    1    ATTORNEY GENERAL OF WASHINGTON
(NO. CV-07-5040-FVS)                                Criminal Justice Division
                                                     PO Box 40116
                                                     Olympia, WA 98504-0116
                                                     (360) 586-1445